■ In the Matter of HOLLY A. BRENNAN, Respondent, v JAMES E. BRENNAN, III, Respondent. ELIZABETH A. SAMMONS, ESQ., Attorney for the Child, Appellant. [977 NYS2d 646]—

Now, upon reading and filing the stipulations of discontinuance signed by the parties on October 19 and 21, 2013 and by the child and the attorney for the child on October 21 and December 20, 2013, respectively,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.